# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NUMBER |
|---|---|
| PLAINTIFF | |
| v. | EDCR15-00034-VAP-1 |
| David Agundez | **ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT** |
| DEFENDANT(S). | |

Upon motion of __Defense Counsel__, IT IS ORDERED that a detention hearing is set for __May 29__, __2015__, at __3:00__ ☐ a.m. / ☒ p.m. before the Honorable __David T. Bristow__, in Courtroom __3__.

Pending this hearing, the defendant shall be held in custody by the United States Marshal or _____ and produced for the hearing.
_(Other custodial officer)_

Dated: __MAY 28 2015__

**DAVID T. BRISTOW**   D.B.
U.S. District Judge/Magistrate Judge